**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| HECTOR SANCHEZ, | ) | No. EDCV 08-1586-DMG(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| DEBRA DEXTER, | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: October 15, 2012

_____
DOLLY M. GEE
United States District Judge